UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GREGORY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| JACOB COLLECTION GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW Plaintiff, GREGORY SMITH ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., and for his Complaint against Defendant, JACOB COLLECTION GROUP, LLC ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. ("FDCPA").

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state tort claims alleged.

3. Defendant conducts business in the State of Illinois, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

**PARTIES**

6. Plaintiff is a natural person residing in Riverdale, Cook County, Illinois.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a company located in Oxford, Mississippi.

10. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment on an alleged debt.

12. Defendant places excessive calls to Plaintiff without leaving a message or otherwise identifying itself.

13. Plaintiff contacted Defendant and requested the collection calls to stop.

14. Defendant informed Plaintiff that it would call "tomorrow and the next day and the next day."

15. Plaintiff requested the name of the collector with whom he was speaking but Defendant's collector refused.

16. Defendant's collector, "Tiffany", informed Plaintiff that she was an attorney. Plaintiff called back to speak with the attorney and was informed to a different collector that Tiffany was not an attorney.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress and/or abuse Plaintiff.

    b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and/or harass Plaintiff.

    c. Defendant violated §1692d(6) of the FDCPA by placing telephone calls to Plaintiff without meaningfully disclosing its identity.

    d. Defendant violated §1692e of the FDCPA by using false, deceptive and/or misleading representations in connection with the collection of a debt.

    e. Defendant violated §1692e(3) of the FDCPA by falsely representing to Plaintiff that Tiffany was an attorney.

    f. Defendant violated §1692e(11) of the FDCPA by failing to disclose in subsequent communications that the calls were from a debt collector.

**WHEREFORE,** Plaintiff, GREGORY SMITH, respectfully requests judgment be entered against Defendant, JACOB COLLECTION GROUP, LLC, for the following:

a) Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act;
b) Statutory damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;
c) Actual damages;
d) Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and
e) Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: /s/ Adam J. Krohn
Adam J. Krohn
Adam T. Hill
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428
*Attorneys for Plaintiff*

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, GREGORY SMITH, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS )

Plaintiff, GREGORY SMITH, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, GREGORY SMITH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

SEPT 25, 09
_____
Date

_____
GREGORY SMITH