### UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09-cv-06085 |
| | ) | |
| JACOB COLLECTION GROUP, LLC | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**
**(Unlawful Debt Collection Practices)**

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, GREGORY SMITH, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

                                                Respectfully Submitted,

DATED: January 21, 2010                KROHN & MOSS, LTD.

                                          By:___/s/Adam T. Hill_____
                                                Adam T. Hill
                                                KROHN & MOSS, LTD.
                                                Attorney for Plaintiff
                                                120 W. Madison St., 10th Fl.
                                                Chicago, Illinois 60602
                                                (312) 578-9428