## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GREGORY SMITH, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    vs. ) | No. 1:09-cv-06085 |
| ) | |
| JACOB COLLECTION GROUP, LLC ) | |
| ) | |
| ) | |
|    Defendant. ) | |

### NOTICE OF VOLUNTARY DISMISSAL

### NOTICE OF VOLUNTARY DISMISSAL

GREGORY SMITH (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, JACOB COLLECTION GROUP, LLC (Defendant), in this case.

DATED:  February 22, 2010           KROHN & MOSS, LTD.

                                          By:_____/s/ Adam Hill_____
                                               [ ]Adam Hill
                                               Attorneys for Plaintiff
                                               Krohn & Moss, Ltd.
                                               10474 Santa Monica Blvd, Suite 401
                                               Los Angeles, CA 90025